UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES WALKER, II, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:12-cv-01392-SEB-TAB |
| ALLISON TRANSMISSION, INC., | ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 6/10/2014

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Emmanuel V.R. Boulukos
ICE MILLER LLP
emmanuel.boulukos@icemiller.com

Michael L. Tooley
ICE MILLER LLP
Michael.Tooley@icemiller.com

Tami A. Earnhart
ICE MILLER LLP
earnhart@icemiller.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com